# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

STATE OF WASHINGTON,

                Respondent,

          v.

TAD JARED VANKIRK,

                Appellant.

)
)
)
)
)
)
)
)
)
)
)
)

No. 68347-1-I

DIVISION ONE

UNPUBLISHED OPINION

FILED:   DEC 8 - 2014

PER CURIAM — This case was stayed pending the Washington State Supreme Court's decision in <u>State v. Medina</u>, 180 Wn.2d 282, 324 P.3d 682 (2014). The decision in <u>Medina</u> rejects and controls Vankirk's arguments regarding credit for pretrial participation in the CCAP-enhanced program (Community Center for Alternative Programs). Accordingly, we lift the stay and affirm.

Affirmed.

FOR THE COURT:

Trickey, J

Verellen, J

Cox, J.